UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRAIDAN COY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01920-JPH-KMB |
| | ) |
| YARBER Lt., et al., | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court having this day made its Order directing the entry of final judgment, now enters **FINAL JUDGMENT** against the plaintiff and for the defendants. This action is dismissed with prejudice.

Date: 9/30/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

BRAIDAN COY
278668
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

All Electronically Registered Counsel